In the Matter of ALURION REALTY CORPORATION, Appellant, against SAMUEL LEVY, as President of the Borough of Manhattan, Respondent.

(Argued April 15, 1936; decided May 1, 1936.)

*Harold L. Herrick* and *William B. Symmes, Jr.,* for appellant.

*Paul Windels, Corporation Counsel (Seymour B. Quel, Paxton Blair* and *Herman J. McCarthy* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.